KAREN P. HEWITT
United States Attorney
CARLOS O. CANTU
Assistant United States Attorney
Government Attorney
United States Attorney's Office
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-57566
Facsimile:  (619) 235-2757
Email: carlos.cantu@usdoj.gov

Attorneys for Plaintiff
United States of America

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 08 CR 0237 IEG |
| Plaintiff, | |
| v. | **NOTICE OF APPEARANCE** |
| GERARDO PINELA-RUIZ, | |
| Defendant. | |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

I, the undersigned attorney, enter my appearance as counsel for the United States in the above-captioned case.  I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

The following government attorneys (who are admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead counsel for CM/ECF purposes, and should receive all Notices of Electronic Filings relating to activity in this case:

1

<u>Name</u>

2

Carlos O. Cantu

3

Effective this date, <u>the following attorneys are no longer associated with this case</u> and should

4

<u>not</u> receive any further Notices of Electronic Filings relating to activity in this case (if the generic

5

"U.S. Attorney CR" is still listed as active in this case in CM/ECF, please terminate this

6

association):

7

<u>Name</u>

8

Lauren Barefoot.

9

10

Please call me at the above-listed number if you have any questions about this notice.

11

DATED: February 27, 2008

12

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

13

14

/s/ *Carlos O. Cantu*

15

Carlos O. Cantu
Special Assistant United States Attorney

16

17

18

19

20

21

22

23

24

25

26

27

28

Notice of Appearance
United States v. Gerardo Pinela-Ruiz          2                    08cr0237IEG

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,           )       Case No. 08 CR 0166-IEG
                                    )
            Plaintiff,              )
                                    )
      v.                            )
                                    )       **CERTIFICATE OF SERVICE**
GERARDO PINELA-RUIZ,                )
                                    )
            Defendant.              )
_____)

IT IS HEREBY CERTIFIED THAT:

    I, Carlos O. Cantu, am a citizen of the United States and am at least eighteen years of age.  My

business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

    I am not a party to the above-entitled action.   I have caused service of the Notice of

Appearance as lead counsel for the United States, dated February 27, 2008, and this Certificate of

Service, dated February 27, 2008, on the following parties by electronically filing the foregoing

with the Clerk of the District Court using its ECF System, which electronically notifies them:

**David Matthew Cole Peterson**

**david_peterson@fd.org**

*Attorney for defendant*

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 27, 2008.

            /s/ *Carlos O. Cantu*

            Carlos O. Cantu
            Special Assistant United States Attorney

Notice of Appearance
United States v. Gerardo Pinela-Ruiz          3                          08cr0237IEG